1  Lawrence J. Gornick (SBN 136290)
   Emily Charley (SBN 238542)
2  **LEVIN SIMES KAISER & GORNICK LLP**
3  One Bush Street, 14th Floor
   San Francisco, California 94104
4  Tel: (415) 646-7160
   Fax: (415) 981-1270
5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10
   ANGELA OVEREYNDER,                  )   No. C 06 1525 JSW
11                                      )
              Plaintiff,                )   Before the Honorable JEFFREY S. WHITE
12                                      )
                                        )   [~~PROPOSED~~] **ORDER VACATING**
13 vs.                                  )   **AND/OR CONTINUING CASE**
                                        )   **MANAGEMENT CONFERENCE**
14 ELI LILLY AND COMPANY,               )
                                        )   Conference Date:   JUNE 23, 2006
15            Defendant.                )   Conference Time:   1:30 p.m.
                                        )   Location:          Courtroom 2, 17TH Fl.
16 ─────────────────────────────────────)

17     For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court

18 hereby continues the JUNE 23, 2006 Case Management Conference ("CMC") to

19 December 8, 2006_____, at 1:30 p.m.___.  In the event the case is not transferred to the Honorable

20 Claudia Wilken and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa*

21 *Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC

22 Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.
   Plaintiff is HEREBY ORDERED to serve Defendant within 120 days of the date of this
23 Order.
   **IT IS SO ORDERED**
24

25

26 DATED: June 9, 2006

27 _____
   HONORABLE JEFFREY S. WHITE
28 United States District Court Judge

─────────────────────────────────────────
[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1